United States District Court

For New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 JUN -6  AM 11: 35

CLERK-ALBUQUERQUE

David A. Gabaldon

Case# 18: CV 523 - JHR

V.

U.S. Department of Education

Fed Loan Servicing

P.O. Box 69184

Harrisburg, PA 17106-9184

U.S. Department of Education

P.O. Box 1854

Monticello, KY 42633

U.S. Department of Education

PO Box 5609

Greenville, TX 75403-5609

U.S. Department of Education

National Payment Center

PO Box 105028

Atlanta, GA 30348-5028

Complaint: Need credit to return, give me another loan. Cen Only charge 5% by United State Federal Code bank

Is wrote in police report. U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001, could return to ("CNM Main Campus" 525 Buena Vista Dr SE, Albuquerque, NM 87106), was able to turned due, police involve, I letter from inter Affair in Washington DC 2030-0001, to contact Local authority of New Mexico.

Account 1: To relishing the loan.

### Motion to send to:

("U.S. Department of Education", "National Payment Center "PO Box 105028Atlanta, GA 30348-5028), ("U.S. Department of Education") PO Box 5609 Greenville, TX 75403-5609), ("U.S. Department of Education" P.O. Box 1854 Monticello, KY 42633), ("U.S. Department of Education Fed Loan Servicing" P.O. Box 69184 Harrisburg, PA 17106-9184")

.

### Motion for all case number

After filing will sending thought the mail, will be waiting for court hearing to hear each case answer.

### Motion for the clerk to send hearing date to all party in the case.

Motion to set all dates, for room will be heard in '(Bernalillo County "of "New Mexico".

### Motion for use United States Federal Law

United States Federal Code (CFR 32), (CFR 5)

~

### Motion of hearing date summon turn on the day was filed.

The United States arraign in 72 hours of the endorse paper with statement, and signed as Federal officer of David A. Gabaldon.

### Motion at the first appearance

Prep the Bernalillo county sheriff with TSA report for their movement. To bring the evidence of the investigation sent that built against the party this case. At the next hearing /date both party conducted there question for the evidence BCSO developed.